**Counsel for Plaintiff**

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (SBN 15300)
Daniel S. Sommers
Elizabeth A. Aniskevich (SBN 81809)
1100 New York Avenue, N.W.
East Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
         dsommers@cohenmilstein.com
         eaniskevich@cohenmilstein.com

*Local Counsel for Lead Plaintiff and the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Hui M. Chang
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
         ahood@pomlaw.com
         hchang@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*