# COHENMILSTEIN

Elizabeth Aniskevich<br>
(202) 408-4600<br>
eaniskevich@cohenmilstein.com

June 19, 2017

*Via Courier*

Clerk of the Court
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    *Jeremy A. Langley v. Booz Allen Hamilton Holding Co., Horacio D. Rozanski, and Lloyd W. Howell, Jr.*

    My firm is local counsel for the Plaintiff, Jeremey A. Langley, in the above-referenced action. Enclosed please find the civil cover sheet and attachment and the complaint. We intend to attempt waiver of service of summons; therefore, summonses are not included.

    Thank you for your assistance, if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,<br><br>
/s/ Elizabeth Aniskevich<br><br>
Elizabeth Aniskevich