UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| JEREMY A. LANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOOZ ALLEN HAMILTON HOLDING CORPORATION, et al.,<br><br>                    Defendants. | Civil Action No. 1:17-cv-00696-LMB-TCB<br><br><u>CLASS ACTION</u> |

DECLARATION OF CRAIG C. REILLY IN SUPPORT OF THE MOTION FILED BY EMPLOYER-TEAMSTERS LOCALS NOS. 175 & 505 PENSION TRUST FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Craig C. Reilly, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of Virginia. I am the proposed Liaison Counsel for Employer-Teamsters Locals Nos. 175 & 505 Pension Trust Fund (the "Teamsters Fund") and the Class in the above-entitled action ("Action").

2. I make this declaration in support of the Teamsters Fund's motion for appointment as Lead Plaintiff and for approval of selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of the pendency of the Action, published on *PR Newswire* on June 19, 2017;

Exhibit B: The Teamsters Fund's Sworn Certification;

Exhibit C: The Teamsters Fund's loss estimate, prepared by counsel;

Exhibit D:     Robbins Geller Rudman & Dowd LLP firm résumé; and

Exhibit E:     The Office of Craig C. Reilly firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>18th</u> day of August, 2017, at Alexandria, Virginia.

*CCR*
_____
CRAIG C. REILLY

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, VA  22314
T:  703/549-5354
F:  703/549-5355
E:  craig.reilly@ccreillylaw.com
*Proposed Liaison Counsel for Plaintiff*